| | |
|---|---|
| 1 | Michael S. Kun, State Bar No. 208684 |
| 2 | Aaron Olsen, State Bar No. 224947 |
| | EPSTEIN BECKER & GREEN, P.C. |
| 3 | 1925 Century Park East, Suite 500 |
| | Los Angeles, California 90067-2506 |
| 4 | Telephone: 310.556.8861 |
| | Facsimile: 310.553.2165 |
| 5 | mkun@ebglaw.com |
| | aolsen@ebglaw.com |

Attorneys for Defendants
PSC HOLDINGS I, LP (incorrectly identified as PSC HOLDINGS I, LLC); PHILIP RECLAMATION SERVICES, HOUSTON, LLC; PSC LLC; PSC INDUSTRIAL OUTSOURCING, LP (also incorrectly identified as PSC INDUSTRIAL DIVISION, LLC); and PSC ENVIRONMENTAL SERVICE LLC

L.B. Chip Edleson, State Bar No. 097195
Joann F. Rezzo, State Bar No. 185675
EDLESON & REZZO
402 W. Broadway, Suite 2700
San Diego, CA 92101-8567
Telephone:  (619) 230-8402
Facsimile:  (619) 230-1839
ledleson@aol.com
jrezzo@san.rr.com

Attorneys for Plaintiff
BETTY ANN BIRD

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ANN BIRD, | CASE NO. 3:12-cv-01528-W-NLS |
| Plaintiff, | [State Complaint No 37-2012-00097893-CU-WT-CTL, Filed on May 23, 2012] |
| v. | **JOINT MOTION REGARDING STIPULATED PROTECTIVE ORDER GOVERNING MATERIALS PRODUCED BY HEIDRICK & STRUGGLES, INC.** |
| PSC HOLDINGS I, LLC; PHILIP RECLAMATION SERVICES, HOUSTON, LLC; PSC LLC; PSC INDUSTRIAL DIVISION, LLC; PSC INDUSTRIAL OUTSOURCING, LP; PSC ENVIRONMENTAL SERVICE LLC; AND DOES 1 THROUGH 10, | |
| Defendants. | |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7.2, Plaintiff Betty Ann Bird and Defendants PSC Holdings I, LP; Philip Reclamation Services, Houston, LLC; PSC LLC; PSC Industrial Outsourcing, LP; and PSC Environmental Service LLC (collectively "the parties") jointly move the Court, for a stipulated protective order governing materials produced by Heidrick & Struggles, Inc.

DATED: January 18, 2013                         EDLESON & REZZO

                                                By:    /s/ Joann F. Rezzo
                                                       L.B. Chip Edleson
                                                       Joann F. Rezzo
                                                       Attorneys for Plaintiff
                                                       BETTY ANN BIRD

DATED: January 18, 2013                         EPSTEIN BECKER & GREEN, P.C.

                                                By:    /s/ Aaron F. Olsen
                                                       Michael S. Kun
                                                       Aaron Olsen
                                                       Attorneys for Defendants
                                                       PSC HOLDINGS I, LP (incorrectly
                                                       identified as PSC HOLDINGS I, LLC);
                                                       PHILIP RECLAMATION SERVICES,
                                                       HOUSTON, LLC; PSC LLC; PSC
                                                       INDUSTRIAL OUTSOURCING, LP
                                                       (also incorrectly identified as PSC
                                                       INDUSTRIAL DIVISION, LLC); and
                                                       PSC ENVIRONMENTAL SERVICE
                                                       LLC